FILED

2007 JUN 29 AM 10:00

# FORM TO BE USED BY A PERSON FILING A MOTION TO VACATE, SET ASIDE, OR CORRECT A SENTENCE UNDER 28 U.S.C. §2255

UNITED STATES DISTRICT COURT   District
Name of Movant                  Prisoner No.       Case No.
Frank C. Baird II               25596-001          2:05-CR-0523-LSCPWG
Place of Confinement
USP Terre Haute                                    CV-07-CO-8020-S

UNITED STATES OF AMERICA v. _____
                                    (name under which convicted)

## MOTION

1. Name and location of the court, which entered the judgment/conviction under attack.

   United States District Court for the Northern District of Alabama

2. Date of judgment or sentencing. Judgment 6-30-06; Sentence 6-28-06

3. Length of sentence. 1,190 months and 24 days

4. Nature of offense involved (all counts). Possession of child pornography, mailing and shipping child pornography and traveling in interstate commerce for purposes of engaging in a sexual act with another person

5. What was your plea? (Check one)   (a)  Not guilty        [ ]
                                     (b)  Guilty            [X]
                                     (c)  Nolo Contendere   [ ]

6. If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
   _____

7. If you pleaded not guilty, what kind of trial did you have? (Check One)
   (a)  Jury         [ ]
   (b)  Judge Only   [ ]

8. Did you testify at the trial?                  Yes  [ ]    No  [ ]

9. Did you appeal from the judgment of conviction?  Yes [ ]    No  [X]

10. If you did appeal, answer the following:

    (a)  Name of Court:

    (b)  Result:

      (c)    Date of Result:

11.    Did you file a petition for writ of certiorari to the United States Supreme Court?

                           Yes  [ ]         No  [ X ]

     If you answered yes, what was the result? _____

     If you answered yes, what was the date of the decision by the Supreme Court? \_\_\_\_\_

12.    Other than a direct appeal, have you filed any petitions, applications, or motions challenging this judgment in any federal court?    Yes  [ ]         No  [ X ]

13.    If you answered yes, provide the following information for **each** petition, application or motion:

      A.    Name and location of the court where you filed. _____
_____

      B.    Describe what you filed and the date on which it was filed. _____
_____

      C.    What grounds did you raise? _____
_____
_____

      D.    What was the result? _____

      E.    What was the date of the decision? _____

      F.    Did you appeal the decision?      Yes  [ ]         No  [ ]

      G.    What was the result from the appeal? _____

      H.    If you did not appeal any adverse decision, explain why you did not appeal. \_\_\_\_\_
_____
_____

14.    Do you CURRENTLY HAVE PENDING in any court any motion, petition, or appeal concerning the judgment being challenged in this petition?    Yes  [ ]         No  [X]

     If you answered yes, describe what you filed, when, where, and its current status. _____

15. In most cases, federal law requires that a motion to vacate or set aside judgment be filed within one (1) year of the date your conviction became final. 28 U.S.C. 2255. If this motion is being filed more than one year after your conviction became final, explain why it is late and/or why you believe the one year limitation period does not apply. _____

16. State BRIEFLY every ground on which you claim you are being held unlawfully. BRIEFLY summarize the facts supporting each ground. If necessary, you may attach additional pages.

   A. Ground One: COUNSEL WAS INEFFECTIVE CONCERNING THE SUPPRESSION MOTION AND RELATED DISMISSAL OF THE SUPPRESSION ISSUE AND HEARING IN EXCHANGE FOR A REASONABLE PLEA AGREEMENT.

   Supporting Facts: Petitioner pled guilty and withdrew his suppression motion on a promise that he would receive a 10 year sentence. This was the advice he received from council. He would not have withdrawn the motion and pled guilty but for this erroneous advice.

   B. Ground Two: COUNSEL WAS INEFFECTIVE FOR FAILING TO APPEAL THE SENTENCE THAT WAS IMPOSED.

Supporting Facts: When Petitioner requested an appeal of his life sentence his Attorney failed to file a notice of appeal. Petitioner claims he did not do so himself as his attorney stated the appeal would do not good without explanation.

   C. Ground Three: COUNSEL WAS INEFFECTIVE IN FAILING TO ARGUE THAT THE APPLICATION OF U.S.S.G. 4B1.5 AFTER THE GUIDELINES HAD BEEN CALCULATED RESULTS IN A CONSTITUTIONAL VIOLATION UNDER THE FIFTH, SIXTH AND EIGHTH AMENDMENTS TO THE UNITED STATES CONSTITUTION.

Supporting Facts: This section of the guidelines should have been calculated before the offense level was established at the highest level pursuant to chapter 5 part A of the guidelines manual and before the acceptance of responsibility adjustment. Council failed to object to this issue or appeal the sentencing result.

D.   Ground Four: THE INDICTMENT WAS DEFECTIVE AND COUNSEL WAS INEFFECTIVE FOR FAILING TO CHALLENGE THE INDICTMENT FOR THE ABOVE STATED GROUNDS.
Supporting Facts: _____

_____
_____
_____
_____

If any of the issues that you are raising in this motion have not been previously presented, explain which issues are being raised for the first time and why. All issues are presented for the first time as council was ineffective for failing to raise them, providing misadvice as to the plea and sentencing guidelines and failed to file an appeal or object to the errors stated.

17. Do you have any other sentence(s) to be served after you complete the sentence(s)/commitment that is being challenged in this petition?   Yes  [ ]   No  [ X]

If you answered yes, provide the following information about each of your future sentences:

A.  Name and location of the court that imposed the sentence. _____
_____

B.  Length of the sentence. _____

C.  Have you filed, or do you intend to file, a petition or motion attacking this sentence?

Yes  [ ]        No  [ ]

WHEREFORE, Movant prays that the Court will grant him all relief to which he may be entitled in this action.

**I DECLARE UNDER THE PENALTIES OF PERJURY THAT THE INFORMATION ABOVE IS TRUE AND CORRECT.**

SIGNED THIS With permission this 28th day of _____June___, 2007. (See attached)


Marcia G. Shein                         (Signature of Movant)
2392 North Decatur Rd.
Decatur, GA 30033                       (Address of Movant)
404-633-3797
404-633-7980 fax                        (City, State, Zip Code)

June 14, 07

To Whom it may concern:

My attorney, Marcia Shein has read me the document that she is filing with the federal courts on the above date. I understand and agree with all it contained.

Fred C Bauer II

Statement of Frank Baird

My attorney, Jonathon Wesson, came to visit me at the Calhoun County Jail on a Thursday or Friday the week before I was supposed to enter my plea. I am almost positive that it was on that Friday. He told me that he had worked out a plea agreement to where if I would drop my motions to have the search warrants set aside then the US Attorney would drop the six counts that carried the mandatory 15 year sentences and recommend to the judge that I be given a 10 year sentence. That I would be out in 8-8 ½ years with the good time and other allowances and since I already had over six months in county jail that time too would count so that I would only serve 7 ½ -8 years from that point until release. I would not have dropped this motion for the sentence I received.

I asked him if he could not get my sentence down to five years and he said "no," that he did good to get it down to 10 years. He had me to read the plea agreement, which I did once through. I had reservations that all the legal language it contained might not be what he had told me, but he assured me that it was a good agreement and the best I was going to get. I asked him about all the remaining counts and if they would run them concurrent or consecutive and he said that all would be run concurrent that that was the way most all cases were run to keep down prison over-crowding so mine would be concurrent.

Then I asked him about my sentencing guideline points. He said that mine were less than 10 years, that he thought that the points indicated about an 8 or 9 year sentence, but in my case they did not apply because of the mandatory sentencing on counts 2-5. He further told me not to even think about the guidelines, that the judge would not and could not use them. The reason being the mandatory sentence of 10 years on those counts. He stayed with this all the way until I was sentenced.

When I asked him about my state charges he said that he was working out an agreement with the Jefferson County Assistant DA for a concurrent sentence to run with my federal sentence. That I would not ever be required to spend any time in state prison. He also said that the Assistant US Attorney had also talked to the Assistant Jefferson County DA and assured her that I was getting a 10 year sentence so that they could give me a similar sentence to run concurrent and not have to go to stat prison.

I asked if we could not get the US Attorneys Office to put it in writing that all my sentence would be is 10 years and he said that this was the agreement and that he had

Page 2

to turn it in to the US Attorneys Office on Monday and that there was not anymore time left to negotiate anything else. So I signed the agreement.

I went to federal sentencing on June 28, 2006 and was so shocked at my sentence I could not talk or think or function in any normal way. Jonathan also was very shocked <u>looking</u>. His wife, Jacky Wesson, handled all the speaking at my sentencing. She had not been out of law school but a few years. (Birmingham School of Law). Jonathan said that he thought that a woman speaking would be better in my case.

The next day at Calhoun County Jail I was pulled out of my cell and transferred to Jefferson County Jail. This was on Friday June 29, 2006. The following Monday or Tuesday Jonathan visited me in County Jail and at this point I found out the full length of my sentence. I had thought that the Judge had given me 30 years. After I heard him say 360 months my mind went blank and I could not comprehend anything else. I was so shocked. I never would have pled guilty to the sentence I got. Jonathan told me that I had 10 days to file an appeal. That he did not think that one would do any good going back before Judge Coogler, that he could not handle the case, that I needed an attorney that specialized in appeals, that he did not think that the judge would give me a court appointed attorney, etc. He said to call him before the ten days were up to let him know if I wanted to appeal. I tried to call him several times collect from County Jail in the 10 day timeframe and could only get his voicemail at his office, which the system would not let me leave a message. Therefore my 10 days went by.

Also on his visit he told me the reason that I was back at Jefferson County Jail was that Judge Coogler refused to honor the agreement with the state to run the two sentences concurrent and was going to require me to serve my 10 years with Alabama first. He said that he was trying to do something about this. Later on in July I got a message from him through my cousins that he had a hearing set up before Judge Vincent for me. We went back before her and she looked my sentence over and the Assistant DA recommended that she either dismiss or suspend my state sentence which she did. The Bailiff, as he carried me back to Jefferson Jail, told me that before I got into the courtroom that day that they were discussing my federal sentence and that none of them (I assume the DA and Judge) could believe what my sentence was.

A few days later I was removed from Jefferson County Jail and returned to Calhoun County to await transport into the federal system. I think that it was September, 14, 2006, the US Marshals transported me to the DCU in Atlanta to await confinement at the USP in Terre Haute, IN. A max security prison where my life is at jeopardy. These inmates here kill inmates with the type of charges I have. I arrived here about the middle of October and except for three weeks that I spent on the yards I have been in protective confinement. I am awaiting transfer to the USP at Big Sandy, KY where I am likely to either be killed, injured bad or spend my time in the SHU. I have never been in jail before and I should be at a Federal FCI so that my life would not be in such danger.

Page 3


I did not enter a knowing plea, my attorney failed to object to important legal issues, was unfamiliar with the Federal guidelines, grossly misrepresented them and failed to file an appeal. I would not have pled guilty in my case had I been told the truth about what I was facing.

Frank Baird

*[signature]*

Reg. No. 25596-001
U.S. Penitentiary
P.O. Box 12015
Terre Haute, IN 47801

6/12/07
Date

*[signature]* 6/12/07
Witness    Date

_____  _____
Notary          Date