FILED

2010 Sep-30  PM 02:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

| | |
|---|---|
| FRANK C. BAIRD, II | ) |
| | ) |
| v. | ) CV. NO. 07-CO-8020-S |
| | ) CR. NO. 05-CO-523-S |
| UNITED STATES OF AMERICA | ) |

MEMORANDUM OF OPINION

On September 10, 2010, the magistrate judge filed findings and recommendations in which it was recommended that Mr. Baird's 28 U.S.C. § 2255 motion to vacate his conviction and sentence be denied. (Doc. #22). On September 28, 2010, Mr. Baird timely filed objections to the findings and recommendation. (Doc. #23).

Having carefully reviewed and considered *de novo* all of the materials in the court file, including the findings and recommendation, the evidentiary hearing transcript (Doc. #17), and the objections filed by Mr. Baird, the court is of the opinion that the magistrate judge's findings are due to be and the same are hereby ADOPTED and the recommendation is ACCEPTED. See *United States v. Raddatz*, 447 U.S. 667, 100 S.Ct. 2046, 65 L.Ed.2d 424 (1980); *Proffitt v. Wainwright*, 685 F.2d 1227 (11th Cir. 1982); *Louis v. Wainwright*, 630 F.2d 1105 (5th Cir. 1980). Accordingly, the motion to vacate the judgment and conviction is due to be and the same is hereby DENIED. A Final Judgment will enter.

Done this 30th day of September 2010.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

153671